United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80176 WHA

IN THE MATTER OF

**ORDER OF SUSPENSION**

Joseph K. Borges Jr – #037812

_____/

     Because Joseph Borges has failed to respond to the order to show cause, Mr. Borges' membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: October 7, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE